AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Tower Insurance Company of New York )<br>                                                  )<br>_Plaintiff_                                 )<br>        v.                                        )   Civil Action No.  **12-cv-62259-Scola/Snow**<br>GMJ Foods, Inc. d/b/a Giant Pizza; and  )<br>               Jeffrey Weaver               )<br>_Defendant_                              ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jeffrey Weaver
                                                         7100 Pershing Street
                                                         Hollywood, FL 33024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ira S. Bergman, Esq.
                                                       Jason M. Chodos, Esq.
                                                       Mound Cotton Wollan & Greengrass
                                                       101 N.E. Third Avenue, Suite 1500
                                                       Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __November 19, 2012__



Steven M. Larimore
Clerk of Court

**SUMMONS**

S/Tamisha Powell
Deputy Clerk
U.S. District Courts